679 A.2d 755

**In the Matter of Jonathan B. KOHAN.**

**No. 521, Disciplinary Docket No. 2—Supreme Court.
No. 17 DB 86, Disciplinary Board.**

Supreme Court of Pennsylvania.

May 30, 1996.

## PETITION FOR REINSTATEMENT

## ORDER

PER CURIAM:

AND NOW, this 30th day of May, 1996, upon consideration of the Report and Recommendations of the Disciplinary Board

of the Supreme Court of Pennsylvania dated April 23, 1996, the Petition for Reinstatement is granted.

Pursuant to Rule 218(e), Pa.R.D.E., petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.